# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL C. HEIL AND MARY KATHERINE HEIL, H/W | : No. 120 MM 2019 |
| v. | : |
| DIOCESE OF SCRANTON, BISHOP JAMES TIMLIN AND BISHOP JOSEPH BAMBERA | : |
| PETITION OF: DIOCESE OF SCRANTON AND BISHOP JOSEPH BAMBERA | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.